```
         FILED      ENTERED
         LODGED     RECEIVED           ORIGINAL

         MAR 07 2003    KN
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
    BY   WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 29635 11TH AVENUE SW, FEDERAL WAY, WASHINGTON, 98023, its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements,<br><br>  Defendant | C03 - 571<br><br>VERIFIED COMPLAINT FOR FORFEITURE IN REM |

COMES NOW the United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Richard E. Cohen, Assistant United States Attorney for said District, and alleges:

I.

This Court has jurisdiction over this action pursuant to Title 28, United States Code, Sections 1345, 1355, 1356, and 1395, and Title 21, United States Code, Section 881(a)(7).

\\
\\
\\

CV 03-571 #1

VERIFIED COMPLAINT FOR FORFEITURE IN REM - 1

II

The property described above will be within the jurisdiction of this Court

III.

This is a Verified Complaint for Forfeiture In Rem of the real property located at 29635 11th Avenue SW, Federal Way, Washington, together with its buildings, improvements, appurtenances, fixtures, attachments and easements (hereinafter referred to as "the defendant real property"), more particularly described in Exhibit A, which is incorporated herein by reference. The United States has probable cause to believe that the defendant real property was used to facilitate the manufacturing of methamphetamine, in violation of 841(a)(1), and is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(7)

IV

On January 31, 2003, Adelaide Elementary School reported and investigated the well being of a 7 year old child due to their concern of physical abuse as a result of mandatory reporting requirements by the State of Washington. During this investigation, the child advised that his father and mother, Reese Hinkle and Lisa Hinkle-Roberts, conducted experiments, with "acetone, pills, and chemicals." The substances produced bad "fumes " The quotations note actual words used by the child

V

The staff at Adelaide Elementary School called 911 and reported a suspected methamphetamine lab in the child's home  This was reported to Federal Way Police Detective W. C Jones. Further investigation by Detective Jones revealed that Reese Hinkle was on active community corrections supervision by the Washington State Department of Corrections for a Violation of the Uniform Controlled Substances Act (hereinafter referred to as "VUCSA"). Mr. Hinkle was on probation for Possession with Intent to Distribute. Detective Jones contacted the Community Corrections Department

VERIFIED COMPLAINT FOR FORFEITURE IN REM - 2

and talked to Officers Rimple and Callum and advised them of the child's statements to the Adelaide Elementary School staff. The Community Corrections Officers contacted the residence at 29635 11th Avenue SW, Federal Way, Washington to conduct a compliance check. During the compliance check, the officers discovered what appeared to be an active methamphetamine lab in the basement of the house. Upon discovery of the methamphetamine lab, the officers turned the scene over to Detective Jones of the Federal Way Police Department.

VI

On February 1, 2003, a state search warrant was executed at the residence located at 29635 11th Avenue SW, Federal Way, Washington, in coordination with Washington State Patrol Statewide Incident Response Team, Federal Way Fire Department, the King County Department of Health, and the Washington State Department of Ecology During the execution of the search warrant, law enforcement officials discovered evidence of an active methamphetamine lab operation and discovered the following evidence:

1) A 2-gallon lawn sprayer with 6-foot long, 1-inch thick plastic hose with white powder that field-tested positive for methamphetamine, and was 3 inches full of rock salt--off gassing white clouds with pH 0.

2) Several various-sized , glass jars with white powder residue that field-tested positive for pseudoephedrine/ephedrine.

3) A ½ gallon jar with white powder and clear liquid - high ph and field tested positive for ammonia

4) An electric skillet with white powder residue.

5) A plastic funnel with liquid with pH 0.

6) A 2-gallon glass jar 1/3 full of clear liquid

7) Two 1-gallon cans of Toluene.

8) 9 unopened bottles of Max brand Two Way mini-tabs Ephedrine HCL 60 tablets x 25 milligrams.

9) Several utensils that were heavily caked with white powder residue

VERIFIED COMPLAINT FOR FORFEITURE IN REM - 3

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

10) A brass fitting with heavy blue corrosion.

11) Several various-sized glass jars with bi-layer solutions.

12) A large bag of moist, white powder -2192 grams.

13) A 2-quart glass jar 3/4 full of a bi-layer solution with clear liquid on top of white powder--pH 0.

14) A 1-quart glass jar 3/4 of a bi-layer solution with amber-colored liquid on top of clear-the letter "E" is on the outside of the jar in duct tape

15) Coffee filters that field-tested positive for methamphetamine.

16) At least 4 fuel-filters with tubing that field-tested positive for methamphetamine.

17) A 5-gallon container of Acetone.

18) A gray pressurized container with a "Carbon dioxide" sticker-there was blue corrosion on the brass fitting

19) A garbage bag with extensive white powder and used coffee filters.

20) A large amount of white powder--662 grams.

21) Two lithium batteries.

22) An electric skillet with 56 grams of a white powder that field tested positive for pseudoephedrine/ephedrine.

23) A one-gallon container of Denatured Alcohol.

24) Dominion and control for Reese and Lisa Hinkle and three children.

25) Two partially empty bottles of Max brand Pseudo 60 tablets x 60 milligrams.

26) 81 lithium battery carcasses.

27) At least 2 buds of marijuana.

28) A pipe for smoking marijuana.

29) Plastic tubing with white powder residue.

30) A short-handled wooded club.

In addition, law enforcement officers discovered evidence of a past, present and future methamphetamine lab in the residence. The evidence of past production was

VERIFIED COMPLAINT FOR FORFEITURE IN REM - 4

1  supported by items found from past extractions. (Two empty pseudoephedrine/ephedrine
2  cold medicine bottles, used coffee filters, empty flammable solvents containers, almost 7
3  pounds of pseudoephedrine/ephedrine pill binder waste, and extracted
4  pseudoephedrine/ephedrine). Items from past reactions were found (81 lithium battery
5  remnants, an empty pressurized $CO_2$ cylinder with blue corrosion)  Items from past
6  "salting out" were also found. (A lawn sprayer with acid and rock salt and white powder
7  that field tested positive for methamphetamine). Items from current extraction, reaction
8  and "salting out" were also discovered. (The lawn sprayer was will off-gassing at the
9  time of the warrant). Items for future manufacturing were also discovered  Nine (9)
10 unopened bottles of pseudoephedrine/ephedrine tablets, unused coffee filters and several
11 gallons of flammable solvents including acetone, denatured alcohol, and toluene. There
12 was also extracted pseudoephedrine/ephedrine and unused lithium batteries

VI.

14 On or about February 6, 2003, criminal charges were filed against Reese Hinkle
15 and Lisa Roberts in King County Superior County. The charges consisted of allegations
16 of two (2) violations of the Uniformed Controlled Substance Act for manufacturing
17 methamphetamine and possession of pseudoephedrine/ephedrine with the intent to
18 manufacture methamphetamine, and one (1) charge of Endangerment of Children in a
19 Methamphetamine Lab.

VII

21 By reason of the foregoing, the defendant real property was used to facilitate the
22 manufacturing of methamphetamine in violation of Title 21, United States Code, Section
23 841(a)(1), and is subject to forfeiture to the United States pursuant to Title 21, United
24 States Code, Section 881(a)(7).

25 \\
26 \\

VERIFIED COMPLAINT FOR FORFEITURE IN REM - 5

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## VIII

WHEREFORE, Plaintiff prays that due process issue to enforce the forfeiture of the defendant real property, that due notice be given to all interested persons to appear and show cause why forfeiture of the defendant real property should not be decreed, that the defendant real property be condemned and forfeited to the United States to be disposed of in accordance with law, and for such other and further relief as this Honorable Court may deem just and proper.

DATED this 6th day of March, 2003.

Respectfully submitted,

JOHN McKAY
United States Attorney

RICHARD E. COHEN
Assistant United States Attorney

VERIFIED COMPLAINT FOR FORFEITURE IN REM - 6

## VERIFICATION OF COMPLAINT

STATE OF WASHINGTON )
                    ) ss
COUNTY OF KING      )

I, RICHARD G. JOHNSON, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

I am a Task Force Officer assigned to the Divisional Asset Removal Group of the Drug Enforcement Administration Office in Seattle, Washington and am assigned to this case. I have read the attached Verified Complaint and know the contents thereof; I have furnished the information contained in the Verified Complaint based upon my own investigation and that of other reliable official Government sources, and, based on information and belief, the allegations contained in the Verified Complaint are true.

_____
RICHARD G. JOHNSON
Task Force Officer
Divisional Asset Removal Group
Drug Enforcement Administration

SUBSCRIBED and SWORN to before me this 20th day of February, 2003, by Richard G. Johnson.

_____
PRINT: Susan S. Burker
Notary Public in and for the
State of Washington, residing
at Woodinville
Expires: February 9, 2005

VERIFIED COMPLAINT FOR FORFEITURE IN REM - 7

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

EXHIBIT A

LEGAL DESCRIPTION:

Lots 4 and 5, Block 2, DeMARWOOD ADDITION TO KING COUNTY, according to the Plat thereof recorded in Volume 52 of Plats, Pages 4 and 5, records of King County, Washington,

EXCEPT that portion of Lot 4 lying West of a line beginning on the North line of said Lot 4 at a point 190.39 feet West of the Northeast corner thereof;
THENCE South 15°29'39" West to the South line of Lot 4;

AND EXCEPT that portion of Lot 5 lying West of a line beginning on the South line of Lot 5, a distance South 89°2'17" East 140.82 feet from the Southwest corner;
THENCE North 15°29'8" East to the North line of said Lot 5 and termination of said line.

Situate in the County of King, State of Washington