_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 23 2003  **DJ**

AT SEATTLE
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 03-00571 #00000014

# UNITED STATE DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs<br><br>REAL PROPERTY LOCATED AT 29635 11th AVENUE SW, FEDERAL WAY, WASHINGTON 98023, its Buildings, Improvements, Appurtances, Fixtures, Attachments, and Easements<br><br>　　　　　　　　　　　　　Defendant | NO C03-571 P<br><br>ANSWER OF SECURED CREDITOR FLORENCE S STONE |

COMES NOW the secured party in interest in the above referenced property FLORENCE S STONE, and by way of answer to the Complaint, states and alleges as follows

### I. ANSWER TO COMPLAINT

1 1 Answering Paragraphs I, II, III, IV, V, VI, VI, VII and VIII of Plaintiff's complaint, secured party in interest FLORENCE S STONE is without sufficient information or belief, and therefore denies the same.

**ORIGINAL**

Page - 1

Law Offices of
**PAYNE & HICKEL**
A Professional Service Corporation
30640 PACIFIC HIGHWAY SOUTH  SUITE C
FEDERAL WAY  WASHINGTON 98003
Ph (253) 839-1730  Fax (253) 839-1941

## II. AFFIRMATIVE DEFENSES

Having answered Plaintiff's Complaint, secured party in interest FLORENCE S STONE now asserts the following affirmative defenses:

2 1 Plaintiffs claims against the property, if any, are inferior to the secured interest of FLORENCE S STONE recorded on November 30, 2001 under King County Auditor's recording number 20011130003406

## III. COUNTER-CLAIM

COMES NOW the secured party in interest FLORENCE S. STONE, and by way of counter-claim against the Plaintiff alleges as follows

3 1 Secured party in interest, FLORENCE S STONE, is an individual and resident of King County, Washington

3 2 On November 30, 2001 secured Party in interest FLORENCE S STONE loaned LISA ROBERTS $85,000 00 secured by a promissory note and deed of trust against the property at issue herein in good faith and without knowledge of any alleged illegal activities conducted on the property

3 3 Said deed of trust was recorded against the property herein on November 30, 2001 under King County Auditor's recording No 20011130003406 and should have priority of payment as against any subsequent lien holders of interest including the plaintiff herein

## IV. PRAYER FOR RELIEF

WHEREFORE, Secured party in interest FLORENCE S STONE prays for the following relief

a That FLORENCE S STONE be granted leave to conduct a non-judicial foreclosure of the property to protect her interest in the property in accordance with Washington State law,

b In the alternative, that the court establish a priority of payment of the liens based upon the date of the recorded interest of the various liens against the property and that the proceeds of any

Page - 2

Law Offices of
PAYNE
&
HICKEL
A Professional Service Corporation
30640 PACIFIC HIGHWAY SOUTH SUITE C
FEDERAL WAY WASHINGTON 98003
Ph (253) 839-1730  Fax (253) 839 1941

1 | forfeiture action go first to pay said liens in the order in which they were recorded against the
2 | property,
3 |     c  For all of secured party in interest FLORENCE S STONE'S costs and reasonable
4 | attorney's fees, and
5 |     d  For such other and further relief as the Court deems fair and equitable
6 | DATED· May 20, 2003

Timothy T Hickel WSBA #17899
of PAYNE & HICKEL
Attorneys for FLORENCE S STONE

Page - 3

Law Offices of
**PAYNE
&
HICKEL**

A Professional Service Corporation

30640 PACIFIC HIGHWAY SOUTH SUITE C
FEDERAL WAY WASHINGTON 98003
Ph (253) 839-1730   Fax (253) 839-1941

```
_____FILED _____ENTERED
_____LODGED_____RECEIVED

      MAY 23 2003      DJ
              AT SEATTLE
         CLERK US DISTRICT COURT
BY      WESTERN DISTRICT OF WASHINGTON
                            DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICE OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>vs<br><br>REAL PROPERTY LOCATED AT 29635 11th AVENUE SW, FEDERAL WAY, WASHINGTON 98023, its Buildings, Improvements, Appurtances, Fixtures, Attachments, and Easements,<br><br>                                  Defendant | NO C03-571<br><br>CERTIFICATE OF SERVICE |

   The undersigned declares as follows   That I am over the age of 18 years, a resident of the State of Washington and not a party hereto

   I hereby certify under penalty of perjury that I delivered this day by way of legal messenger this document to the following

DOCUMENT        ANSWER OF SECURED CREDITOR FLORENCE S  STONE

ORIGINAL TO     Clerk of the Court
                United States District Court
                Western District of Washington
                1010 Fifth Avenue, Room 215
                U S  Courthouse
                Seattle, WA 98104

**ORIGINAL**

DECLARATION OF MAILING
Page - 1

Law Offices of
**PAYNE**
**&**
**HICKEL**
A Professional Service Corporation
30640 PACIFIC HIGHWAY SOUTH
FEDERAL WAY  WA 98003
Ph (253) 839-1730   Fax (253) 839 1941

FORMS/CIVIL/DEC_MAIL

1 | COPY TO:     Richard E. Cohen
2 |                  Assistant United States Attorney
                       601 Union Street, Suite 5100
3 |                        Seattle, WA 98101

DATED: May 22, 2003

*/s/ Katie L. Williams*
Katie L. Williams
Legal Assistant

DECLARATION OF MAILING
Page - 2

Law Offices of
**PAYNE & HICKEL**
A Professional Service Corporation
30640 PACIFIC HIGHWAY SOUTH
FEDERAL WAY  WA  98003
Ph (253) 839-1730   Fax (253) 839-1941

FORMS/CIVIL/DEC_MAIL