```
                                        FILED _____ LODGED
                                        _____ RECEIVED

                                        OCT 1 4 2003

                                        CLERK U.S. DISTRICT COURT
                                        WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                        BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RECEIVED

OCT 1 5 2003

IN SEATTLE

UNITED STATES OF AMERICA

NO. C03-571P

vs

REAL PROPERTY LOCATED AT
29635 11TH AVENUE SW
FEDERAL WAY, WASHINGTON 98023
its Building, Improvements, Fixtures,
Attachments and Easements

ANSWER AND NOTICE
OF AFFIRMATIVE
DEFENSES

TO:  UNITED STATES ATTORNEY;
AND
TO:  CLERK OF THE COURT;

03-CV-00571-ANS

### I.

LACK SUFFICIENT INFORMATION

### II.

LACK SUFFICIENT INFORMATION

### III.

LACK SUFFICIENT INFORMATION

### IV.

LACK SUFFICIENT INFORMATION

---

ANSWER/DEFENSES

LAW OFFICES OF J. RODNEY DeGEORGE
1008 South Yakima Suite 202
Tacoma, Washington 98405
Phone: 253/383-0625    Fax: 253/573-1209

V.

LACK SUFFICIENT INFORMATION

VI.

LACK SUFFICIENT INFORMATION

VI. 2

AGREED

VII.

DENIED

VIII.

DENIED

Please be advised that the defendant will assert the following defenses which include but are not limited to:

A.

The government failed to adequately form a complaint pursuant to applicable statute and court rule;

B.

The defendant did not engage, facilitate, encourage, or have personal knowledge that an illegal activity was being perpetrated in her home.

Dated this 14th day of October, 2003

LAW OFFICE OF J. RODNEY DeGEORGE

_____
J. RODNEY DeGEORGE, WSBA #22931
Attorney for Lisa Hinkle/Roberts

**ANSWER/DEFENSES**